IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | **CASE NO. 1:20-CV-02505-PAB** |
| Plaintiff, | **JUDGE PAMELA A. BARKER** |
| -vs- | |
| **HUGHE DUWAYNE GRAHAM, et al.,** | **JUDGMENT ENTRY** |
| Defendants. | |

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously herewith, Plaintiff's Motion for Default Judgment (Doc. No. 26) is GRANTED.

The case is hereby TERMINATED.

**IT IS SO ORDERED.**

Dated: September 22, 2021            *s/Pamela A. Barker*
　　　　　　　　　　　　　　　　　　　PAMELA A. BARKER
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE