IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO. 1:20-CV-02505-PAB |
| Plaintiff, | JUDGE PAMELA A. BARKER |
| -vs- | |
| HUGHE DUWAYNE GRAHAM, et al., | AMENDED JUDGMENT ENTRY |
| Defendants. | |

For the reasons stated in the Amended Memorandum Opinion and Order filed contemporaneously herewith, Plaintiff's Motion for Default Judgment (Doc. No. 26) is GRANTED.

The case is hereby TERMINATED.

**IT IS SO ORDERED.**


Dated: November 12, 2021

                                                  *s/Pamela A. Barker*
                                                PAMELA A. BARKER
                                                U.S. DISTRICT JUDGE